# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAWRENCE WASHINGTON,**  )<br>)<br>   Petitioner,  )<br>)<br>**vs.**  )<br>)<br>**KATHY DAVIS, et al.,**  )<br>)<br>   Respondents.  )<br>) | Civil Action Number<br>**2:11-cv-3914-AKK-HGD** |

## DISMISSAL ORDER

On November 23, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  Doc. 2, at 3.  After petitioner sent a notice of address change on November 28, 2011, doc. 3, a copy of the report and recommendation was mailed to petitioner's requested address on December 2, 2011.  On December 5, 2011, petitioner again requested court information mailed to an additional address, doc. 4, and on February 8, 2012, the court again complied with petitioner's request.  However, no objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  Namely, petitioner has failed to exhaust available state remedies

by not filing a petition for post-conviction relief pursuant to Ala. R. Crim. P. 32. *See* doc. 2, at 2.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED, and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE to allow petitioner the opportunity to exhaust available state remedies.

**DONE** the 28th day of March, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE